# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

TONI PAUL CAYTON,

      Petitioner,

    v.

JUDGE DENNIS FLYNN, ROBERT FLANCHER, MICHAEL NIESKES, DENNIS JANNIS, JOHN CABRANES, JAMES R. LUCIUS, STEPHEN A. SIMANEK, CHARLES N. CLEVERT, JUDGE THOMAS CURRAN, JOHN L. COFFEY, JOEL M. FLAUM, WILLIAM J. BAUER, MICHAEL S. KANNE, WILLIAM K. SUTER, NEAL NETTESHEIM, HARRY G. SNYDER, RICHARD S. BROWN, DANIEL P. ANDERSON, SHIRLEY S. ABRAHAMSON, JON P. WILCOX, ANN WALSH BRADLEY, PATRICK N. CROOKS, PATIENCE D. ROGGENSACK, LOUIS B. BUTLER, PEGGY A. LAUTENSCHLAGER, GREGORY M. WEBER, DAVID ISRAELITE, JIM DOYLE, JOHN C. SHABAZ, ALAN LOURIE, RANDALL RADER, ALVIN SCHALL and CHRISTINE ODELL COOK MILLER,

      Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-570-bbc

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

JOEL TURNER

**Joel Turner, Acting Clerk**

/s/ M. Hardin

**by Deputy Clerk**

_____10/23/08_____
Date